

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NOEL LIFE,<br>　　　　　Appellant, | § | No. 08-24-00081-CV |
| | § | Appeal from the |
| v. | § | 120th District Court |
| ORLANDO GARZA D/B/A EAST EL<br>PASO ANIMAL HOSPITAL and LUIS<br>TERRAZAS D/B/A WEST TEXAS<br>VETERINARY SERVICES, | § | Of El Paso, Texas |
| | § | (TC#2021DCV4356) |
| 　　　　　Appellees. | | |

## **SUBSTITUTED JUDGMENT**

The judgment of the Court issued March 26, 2025 is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED this 22nd day of April 2025.

LISA J. SOTO, Justice

Before Palafox and Soto, JJ., and Solis, Judge
Solis, Selena, Judge, sitting by assignment